## JUNE 5, 1987

No. A–884.   BERRY *v.* PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

## JUNE 8, 1987

No. 86–1559.   BURRELL ET AL. *v.* ALLAIN, GOVERNOR OF MISSISSIPPI, ET AL.   Affirmed on appeal from D. C. S. D. Miss.

No. 86–1096.   GRIFFITH *v.* ILLINOIS.   Appeal from App. Ct. Ill., 5th Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

JUSTICE WHITE, dissenting.

I agree with the majority that this case is not a proper appeal but, for the reason stated in my dissent from denial of certiorari in *Nyflot* v. *Minnesota Commissioner of Public Safety*, 474 U. S. 1027 (1985), I would grant certiorari.